## Commonwealth *v.* Williams, Appellant.

Submitted March 21, 1969. *Herbert G. Hardin,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Yates, Appellant.

Before SMITH, JR., J.

Argued March 18, 1969. *Sanford Kahn,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Joseph M. Hamilton,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.